certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. George B. Young* and *Mr. Edgar J. Rich* for the petitioner. No appearance for respondent.

———————

No. 563. CHARLES W. HUNTER ET AL., PETITIONERS, *v.* REBECCA A. JOHNSON ET AL. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. L. P. Berry* for petitioners.

———————

No. 573. THE OLD DOMINION COPPER MINING AND SMELTING COMPANY, PETITIONER, *v.* FREDERICK LEWISOHN ET AL., EXECUTORS, ETC. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Louis D. Brandeis* and *Mr. William H. Dunbar* for petitioner. *Mr. Eugene Treadwell* for respondents.

———————

No. 582. CONTINENTAL WALL PAPER COMPANY, PETITIONER, *v.* THE LEWIS VOIGHT & SONS COMPANY. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Louis Marshall* and *Mr. Joseph Wilby* for petitioner. *Mr. Morison R. Waite* and *Mr. Harlan Cleveland* for respondents.

———————

No. 570. HARRY L. HAYNES, PETITIONER, *v.* J. B. WATKINS ET AL. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the